PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 7 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.        Hugo Enrique Davadi        Docket No.        2:10CR02120-002

### Petition for Action on Conditions of Pretrial Release

COMES NOW James A. Moon, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Hugo Enrique Davadi who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, Washington, on the 20th day of December 2010, under the following conditions:

**Condition #23**: Defendant shall participate in one or more of the following home confinement programs: electronic monitoring and curfew.

**Condition #17**: Defendant shall refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Hugo Enrique Davadi is alleged to be in violation of his conditions for pretrial supervision in the Eastern District of Washington by having removed the electronic monitoring device from his ankle and not remained at his residence as required on January 6, 2011.

**Violation #2**: Hugo Enrique Davadi is alleged to be in violation of his conditions for pretrial supervision in the Eastern District of Washington by having consumed alcohol on or about January 6, 2011.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/07/2010

by   s/James A. Moon

James A. Moon
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

James P. Hutton
Signature of Judicial Officer