PS 8
(12/04)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**JAN 1 8 2011**

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.     Hugo Enrique Davadi          Docket No.     2:10CR02120-002

### Petition for Action on Conditions of Pretrial Release

COMES NOW James A. Moon, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Hugo Enrique Davadi who was placed under pretrial release supervision by the Honorable James P. *Hutton* sitting in the Court at Yakima, Washington, on the 20th day of December 2010, under the following conditions:

**This petition supplements the petition filed on January 7, 2011.**

**Condition #5:** Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #3:** Hugo Enrique Davadi is alleged to be in violation of the conditions of his pretrial supervision in the Eastern District of Washington by having possessed a dangerous weapon, a 3 to 4-inch fixed blade knife, at the time of his arrest on January 13, 2011.

PRAYING THAT THE COURT WILL ADD VIOLATION #3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     01/18/2010

by     s/James A. Moon

James A. Moon
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Other (Add Violation #3)

Signature of Judicial Officer

1/18/2011
Date