UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-10-2120-RMP-2 |
| Plaintiff, | |
| v. | **ORDER DISMISSING INDICTMENT** |
| HUGO ENRIQUE DAVADI, | |
| Defendant. | |

IT IS HEREBY ORDERED that, upon oral motion by the Government in open court on November 17, 2011, the Indictment in the above-entitled matter is dismissed. The Court makes no judgment as to the merit or wisdom of this dismissal. Accordingly,

1. The Government's oral motion to dismiss the indictment is **GRANTED**.
2. All scheduled deadlines are terminated.
3. All scheduled court hearings are stricken.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this case.

DATED this 18th day of November, 2011.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
UNTIED STATES DISTRICT COURT JUDGE

ORDER DISMISSING INDICTMENT ~ 1